

**NUMBER 13-20-00367-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

THE STATE OF TEXAS,                                              Appellant,

v.

EVETIER FLORES,                                                   Appellee.

**On appeal from the 404th District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina
Memorandum Opinion by Justice Benavides**

Appellant, the State of Texas, by and through its District Attorney, the Honorable Luis V. Saenz, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, and without addressing the merits of the appeal, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's

request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES
Justice

Do not publish.
*See* Tex. R. App. P. 47.2(b).

Delivered and filed the
3rd day of December, 2020.